JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
BOUNMA YOMMARATH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BOUNMA YOMMARATH,<br><br>  Defendant. | Case No. 1: 07-CR-00268 OWW<br><br>STIPULATION TO EXTEND<br>DATE FOR SELF SURRENDER<br>AND ORDER THEREON |

The defendant, BOUNMA YOMMARATH, through his counsel, John F. Garland, and the United States of America, through its counsel, Lawrence G. Brown, Acting United States Attorney and Laurel J. Montoya, Assistant United States Attorney, hereby stipulate to extend the defendant's self surrender date from January 8, 2009 to **January 22, 2009** before **2:00 p.m.** This extension is necessary because as of this date, the United States Bureau of Prisons has not designated the federal institution at which the defendant will serve his sentence.

Dated: January 6, 2009                                /s/ John F. Garland
                                                               JOHN F. GARLAND
                                                               Attorney for Defendant

Dated: January 6, 2009                                Lawrence G. Brown
                                                               Acting United States Attorney


                                                               /s/ Laurel J. Montoya
                                                               By: LAUREL J. MONTOYA
                                                               Assistant U.S. Attorney

1

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the self surrender date for defendant BOUNMA YOMMARATH is extended to **January 22, 2009** before **2:00 p.m.** The defendant, BOUNMA YOMMARATH shall surrender for service of sentence to the institution designated by the Bureau of Prisons before **2:00 p.m.** on **January 22, 2009**. All terms of the defendant's pretrial release shall remain in effect pending the defendant's surrender to the federal institution designated by the Bureau of Prisons.

IT IS SO ORDERED.

**Dated:   January 7, 2009**               /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE